IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-31403
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBIN EDWIN WALKER, also known as Twin,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CR-20030-5
- - - - - - - - - -
August 22, 2001

Before KING, Chief Judge, and POLITZ and PARKER, Circuit Judges.

PER CURIAM:[*]

     Robin Edwin Walker appeals from his guilty-plea conviction and sentence for possession with intent to distribute cocaine base, 21 U.S.C. § 841(b)(1)(B).  Although Walker provides no rebutting information, he argues that the district court erred in its attribution of drug quantity.  We have reviewed the record and the briefs of the parties, and we discern no clear error. See United States v. Edwards, 65 F.3d 430, 432 (5th Cir. 1995). Walker's appeal is wholly without merit and is thus frivolous. It is therefore DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.